UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MENTAL HYGIENE LEGAL SERVICE,

                                    Plaintiff,

            - against -

ELIOT SPITZER, in his official capacity as
Governor of the State of New York, ANDREW CUOMO,
in his official capacity as Attorney General of
the State of New York, MICHAEL HOGAN, in his
official capacity as Commissioner of the New York
State Office of Mental Health, DIANA JONES
RITTER, in her official capacity as Commissioner
of the New York State Office of Mental
Retardation and Developmental Disabilities, and
BRIAN FISCHER, in his official capacity as
Commissioner of the New York State Department of
Correctional Services,

                                    Defendants.

---

**NOTICE OF
APPEARANCE**

Docket
Number
05-CV-1322
(GEL) (THK)

---

            PLEASE TAKE NOTICE that the undersigned appears in this

action on behalf of the Defendant ANDREW CUOMO.

Dated:  New York, New York
        April 13, 2007

                                    ANDREW M. CUOMO
                                    Attorney General of the State
                                     of New York
                                    Defendant Pro Se
                                    By:

                                    _____
                                    EDWARD J. CURTIS, JR. (2121)
                                    Assistant Attorney General
                                    120 Broadway, 24th Floor
                                    New York, New York 10271
                                    (212) 416-8641

MARVIN BERNSTEIN
Director, Mental Hygiene Legal
 Service, First Department
 (Sadie Zea Ishee, of Counsel)
Attorneys for Plaintiffs
60 Madison Avenue, 2d Floor
New York, New York 10010
(212) 779-1734