UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
:
MENTAL HYGIENE LEGAL SERVICE,                   :
:
          Plaintiff,                                :
:
     -v.-                                          :
:
ELIOT SPITZER, in his official capacity as      :   Docket No. 07-CV-2935 (GEL)
                                                     (AJP)
Governor of the State of New York,              :
ANDREW CUOMO, in his official capacity as       :
Attorney General of the State of New York,      :
MICHAEL HOGAN, in his official capacity         :   **NOTICE OF APPEARANCE**
 as Commissioner of the New York State Office  :
of Mental Health, DIANA JONES RITTER, in her    :
official capacity as Commissioner of the New York :
State Office of Mental Retardation and          :
Developmental Disabilities, and BRIAN FISCHER,  :
in his official capacity as Commissioner of the New :
York State Department of Correctional Services, :
:
          Defendants.                             :
:
----------------------------------------------------------------X

      PLEASE TAKE NOTICE that Dennis B. Feld, Deputy Director of Special Litigation and

Appeals for Mental Hygiene Legal Service, Second Judicial Department, hereby appears as counsel

of record for Plaintiff, Mental Hygiene Legal Service, in the above-captioned action, and demands

that copies of all papers and pleadings be served upon the undersigned at the address listed below.

This notice of appearance does not constitute a waiver of any defenses under Rule 12(h)(1) of the

Federal Rules of Civil Procedure, and Plaintiff hereby reserves the right to raise any and all defenses listed under Rule 12(h)(1).

Dated:  Mineola, New York
       April 13, 2007

                                      Sidney Hirschfeld, Director
                                      Mental Hygiene Legal Service,
                                      Second Judicial Department
                                      Attorneys for Plaintiff
                                      170 Old Country Road, Suite 500
                                      Mineola, New York 11501
                                      (516)746-4373


                                      By: S/_____
                                        Dennis B. Feld, Esq. (DF -2803)