UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MENTAL HYGIENE LEGAL SERVICE

        Plaintiff,           **AFFIDAVIT OF SERVICE**

ELIOT SPITZER, et al,

        Defendant.           Docket # 07-CV-2935

-----------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK    ss:

    I Diana Rodriguez, being sworn, say: I am not a party to the action, am over 18 years of age and reside at 184 Bradhurst Avenue, New York. On April 12, 2007, I delivered the Summons and Complaint to an Assistant Attorney General at 120 Broadway, NY, NY 10271 and mailed the Summons and Complaint by certified mail, return receipt requested, marked "URGENT LEGAL MAIL," to the addresses below within the state, pursuant to Rule 4 of the Federal Rules of Civil Procedure and §307 of the New York Rules of Civil Procedure.

ELIOT SPITZER
Governor of the State of NY
New York State Capitol Bldg.
Albany, NY 12224

ANDREW CUOMO
Attorney General of the State of NY
120 Broadway
New York, NY 10271

MICHAEL HOGAN
NYS Office of Mental Health
44 Holland Avenue
Albany, NY 12229

DIANA JONES RITTER
Office of Mental Retardation
and Developmental Disabilities
44 Holland Avenue
Albany, NY 12229

BRIAN FISCHER
NYS Dept of Correctional Services
Bldg #2, 1220 Washington Avenue
Albany, NY 12226-2050

Sworn to before me on 4/16/2007

*Krishan Lal* (signature)

**KRISHAN LAL**
NOTARY PUBLIC, State of New York
No. 01LA6063802
Qualified in Queens County
Commission Expires September 10, 2009

*Diana Rodriguez* (signature)
Diana Rodriguez