UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                       :

MENTAL HYGIENE LEGAL SERVICE,        :

            Plaintiff,                    :

        -v.-                         :        MOTION FOR PRELIMINARY
                                     :        INJUNCTIVE RELIEF AND
ELIOT SPITZER, in his official capacity as    :        TEMPORARY RESTRAINING
Governor of the State of New York,         :        ORDER
ANDREW CUOMO, in his official capacity  :
as Attorney General of the State of New York, :
MICHAEL HOGAN, in his official capacity   :
as Commissioner of the New York State Office :
of Mental Health, DIANA JONES RITTER, in her :
official capacity as Commissioner of the New York :   Docket No. 07-CV-2935 (GEL)
State Office of Mental Retardation and       :
Developmental Disabilities, and BRIAN FISCHER, :
in his official capacity as Commissioner of the New :
York State Department of Corrections Services,  :
                                     :
           Defendants.                 :
                                   :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the complaint dated April 12, 2007 and the accompanying memorandum of law, the undersigned will move this Court, on a date to be determined by this Court, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for a preliminary injunction enjoining Defendants from enforcing certain provisions of New York's "sex offender management and treatment act," which took effect on April 13, 2007. Specifically, Plaintiff seeks to enjoin the operation of: (1) the use of "securing petitions" under N.Y. Mental Hygiene Law ("MHL") § 10.06 (f) to detain offenders beyond the completion of their term of imprisonment, without notice or opportunity for review; (2) MHL § 10.06 (j) (iii) (providing that the commission of a sex offense is "deemed established" and cannot be litigated at a probable

cause hearing where the alleged offender has never been convicted of a crime and was found incompetent to stand trial); (3) that portion of MHL § 10.07 (d) which provides that as to persons found incompetent to stand trial and never convicted of any offense, civil commitment can be predicated on a showing *by clear and convincing evidence* (not beyond a reasonable doubt) that they committed the criminal conduct; (4) the final sentence of MHL § 10.07 (c), providing for the retroactive determination that certain non-sex crimes were committed with a "sexual motivation;" (5) MHL § 10.06 (k), which permits involuntary civil detention pending trial based on mental abnormality alone, without a finding of current dangerousness; (6) new Mental Hygiene Law § 10.05 (e), which permits the involuntary psychiatric examination of Plaintiffs' constituents in the absence of counsel; and (7) MHL § 33.13 (c) (9) (vii), which permits the release of confidential clinical and medical records.

A temporary restraining order is requested pending a final determination on the preliminary injunction motion. A hearing on the motion is also requested.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering memoranda, if any, shall be served by April 30, 2007.

Dated: April 16, 2007
     New York, New York

MARVIN BERNSTEIN, Director
Mental Hygiene Legal Service, First Department
SIDNEY HIRSCHFELD, Director
Mental Hygiene Legal Service, Second Department
  S/
By: Sadie Zea Ishee (SI-9540)
Senior Staff Attorney
Dennis Feld (DF-2803)
Deputy Director of Special Litigation and Appeals
60 Madison Avenue, 2nd Floor
New York, New York 10010
Phone: (212) 779-1734

To:    ANDREW CUOMO
Attorney General of the State
    of New York
(Edward J. Curtis, of Counsel)
120 Broadway, 25th Floor
New York, New York 10271
(212) 416-8641

ELIOT SPITZER
Governor of the State of New York
New York State Capitol Building
Albany, New York 12224

MICHAEL HOGAN, Commissioner
New York State Office of Mental Health
44 Holland Avenue
Albany, New York 12229

DIANA JONES RITTER, Commissioner
Office of Mental Retardation and Developmental Disabilities
44 Holland Avenue
Albany, New York 12229

BRIAN FISCHER, Commissioner
New York State Department of Correctional Services
Building #2, 1220 Washington Avenue
Albany, New York 12226-2050