



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE G. LEACH
EXECUTIVE DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

(212) 416-8641
ecurtis@oag.state.ny.us

April 30, 2007

**BY HAND**

The Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    RE:  Mental Hygiene Legal Service v. Spitzer, et al.,
           07-CV-2935 (GEL) (AJP)

Dear Judge Lynch:

    The Attorney General represents the Defendants in this action, which is a declaratory judgment action challenging certain aspects of New York's Sex Offender Management and Treatment Act ("SOMTA"), which became effective on April 13, 2007. Defendants' response to the Complaint is due May 2, 2007. In addition, on April 16, 2007, Plaintiff served a motion for a preliminary injunction with a request for a temporary restraining order. Defendants' response to this motion is due April 30, 2007.

    The parties have agreed that Defendants' response to the Complaint and the motion for a preliminary injunction shall be due May 16, 2007. Defendants have agreed that pending resolution of Plaintiff's motion for a preliminary injunction, the Attorney General will apply for the securing petitions authorized by Section 10.06 (f) of the Mental Hygiene Law by bringing an Order to Show Cause in the Supreme Court or County Court of the county where the Respondent is located, with notice to the Respondent and the Mental Hygiene Legal Service ("MHLS"), and will request a hearing no later than seventy-two hours from the release date. It is the parties' belief that this agreement will resolve so much of Plaintiff's motion as seeks a temporary restraining order.

    There have been no previous requests for an adjournment of

```
TO: Hon. Gerard E. Lynch, U.S.D.J.                April 30, 2007
RE: Mental Hygiene Legal Service v. Spitzer, et al.      Page 2
```

the schedule for Defendants' response to the Complaint or the motion for a preliminary injunction. Accordingly, Defendants request that their <u>time to respond to the Complaint and to the motion for a preliminary injunction be extended up to and including May 16, 2007.</u> ] *

We appreciate your consideration of this request.

Respectfully yours,

*[signature]*

EDWARD J. CURTIS, JR.
Assistant Attorney General

ejc
cc:  Sadie Zea Ishee (facsimile (212) 779-7899)
     Dennis Feld (facsimile (516) 746-4372)

\* **SO ORDERED**

*[signature]*
GERARD E. LYNCH, U.S.D.J.
5/2/07