```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
MENTAL HYGIENE LEGAL SERVICE,

                         Plaintiff,

     - against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

                         Defendants.

**NOTICE OF APPEARANCE**

Docket Number
07-CV-2935 (GEL) (THK)

         PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of all of the defendants.

Dated: New York, New York
        May 15, 2007

                                   ANDREW M. CUOMO
                                   Attorney General of the State
                                    of New York
                                   <u>Attorney for Defendants and</u>
                                    <u> Defendant Pro Se</u>
                                   By:
                                   _____
                                   EDWARD J. CURTIS, JR. (2121)
                                   Assistant Attorney General
                                   120 Broadway, 24th Floor
                                   New York, New York 10271
                                   (212) 416-8641

```
MARVIN BERNSTEIN                        SIDNEY HIRSCHFELD
Director, Mental Hygiene Legal          Director, Mental Hygiene Legal
 Service, First Department               Service, Second Department
 (Sadie Zea Ishee, of Counsel)           (Dennis Feld, of Counsel)
Attorneys for Plaintiff                 Attorney for Plaintiff
41 Madison Avenue                       170 Old Country Road, Suite
New York, New York 10010                 500
(212) 779-1734                          Mineola, New York 11501
                                        Tel. (516) 746-4373
```