

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE G. LEACH
EXECUTIVE DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

(212) 416-8641
ecurtis@oag.state.ny.us

May 15, 2007

**BY FACSIMILE TRANSMISSION (212) 805-0436**

The Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    RE:   Mental Hygiene Legal Service v. Spitzer, et al.,
           07-CV-2935 (GEL) (AJP)

Dear Judge Lynch:

    The Attorney General represents the Defendants in this action, which is a declaratory judgment action challenging certain aspects of New York's Sex Offender Management and Treatment Act ("SOMTA"), which became effective on April 13, 2007. By order of this Court dated May 2, 2007, Defendants' response to the Complaint and the motion for a preliminary injunction is due tomorrow, May 16, 2007.

    Defendants have decided that, in addition to opposing the motion for a preliminary injunction, they wish to move to dismiss the Complaint. This Court's rules provide that memoranda in support of motions can be no longer than twenty-five pages, unless this Court orders otherwise. Individual Practices, Rule 2, D. The Complaint sets out nine causes of action, and the motion for a preliminary injunction requests that eight separate practices be enjoined. Unfortunately, it appears that, given the complexity of the issues presented, Defendants will not be able to edit their memorandum so that both their opposition to the motion for a preliminary injunction and their argument supporting their motion to dismiss will fit within this Court's twenty-five page limit on memoranda. Accordingly, Defendants respectfully request that they be permitted to file a memorandum of up to thirty-five pages.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

TO: Hon. Gerard E. Lynch, U.S.D.J.                    May 15, 2007
RE: Mental Hygiene Legal Service v. Spitzer, et al.        Page 2

    I spoke with Dennis Feld, who represents Plaintiff, and he stated he has no opposition to this application. We appreciate your consideration of this request.

                          Respectfully yours,

                          EDWARD J. CURTIS, JR.
                          Assistant Attorney General

ejc
cc:   Sadie Zea Ishee (facsimile (212) 779-7899)
       Dennis Feld (facsimile (516) 746-4372)

**SO ORDERED**

_/s/ Gerard E. Lynch_
GERARD E. LYNCH, U.S.D.J.
5/15/07