

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE G. LEACH
EXECUTIVE DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

(212) 416-8641

May 22, 2007

The Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      RE:   Mental Hygiene Legal Service v. Spitzer, et al.,
            07-CV-2935 (GEL) (AJP)

Dear Judge Lynch:

    The Attorney General represents the Defendants in this action, which challenges certain aspects of New York's Sex Offender Management and Treatment Act ("SOMTA"), which became effective on April 13, 2007. On May 16, 2007, Defendants filed a memorandum and two statements in opposition to Plaintiff's motion for a preliminary injunction, and a notice of motion to dismiss the Complaint. The parties have agreed that Plaintiff's reply in support of its motion for a preliminary injunction and opposition to Defendants' motion to dismiss will be due June 6, 2007, and Defendants' reply in support of their motion to dismiss will be due June 14, 2007. As provided in this Court's rules, courtesy copies of the parties' papers will be provided at the time the reply is served. We request oral argument on this motion.

    I will be out of the office from June 15 to July 9, 2007. If this Court or the Plaintiff requires assistance concerning this case while I am gone, Assistant Attorney General Bruce McHale may be contacted at (212) 416-6363.

*SO ORDERED

/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
5/23/07

Respectfully yours,

/s/ Edward Curtis
EDWARD J. CURTIS, JR.
Assistant Attorney General

ejc
cc:   Sadie Zea Ishee
      Dennis Feld