



SUPREME COURT OF THE STATE OF NEW YORK
FIRST JUDICIAL DEPARTMENT
MENTAL HYGIENE LEGAL SERVICE
41 MADISON AVENUE, NEW YORK, N.Y. 10010

(212) 779-1734
FAX: (212) 779-1894

MARVIN BERNSTEIN
DIRECTOR

STEPHEN J. HARKAVY
DEPUTY DIRECTOR

KAREN GOMES ANDREASIAN
DEPUTY CHIEF ATTORNEY

June 4, 2007

**BY HAND**
The Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Mental Hygiene Legal Service v. Spitzer, et al.*, 07-CV-2935 (GEL) (AJP)

Dear Judge Lynch:

    I represent the Plaintiff in this declaratory judgment action challenging aspects of New York's Sex Offender Management and Treatment Act, which provides for the post-prison civil commitment of certain sex offenders. By order of this Court dated May 23, 2007, Plaintiff's opposition to Defendants' motion to dismiss and reply in further support of Plaintiff's motion for a preliminary injunction and temporary restraining order (one memo) is due the day after tomorrow, June 6, 2007.

    This Court's rules provide that memoranda in support of and in opposition to motions are limited to 25 pages, and that reply memoranda are limited to 10 pages. Plaintiff respectfully requests this Court's permission to file a memorandum of up to 30 pages. As noted above, Plaintiff is submitting a single memorandum that will serve both as its opposition to Defendants' motion to dismiss, and as its reply memorandum in further support of its preliminary injunction motion. This Court previously granted Defendants' request to file an oversized memorandum in light of nine separate causes of action that are addressed in both motions. With the many issues to be addressed, Plaintiff is experiencing difficulty in editing its memorandum to the 25-page limit.

    I have consulted with Defendants' counsel, Assistant Attorney General Edward J. Curtis, and he has no objection to the proposed length of the memorandum.

    I greatly appreciate your consideration of this request.

Respectfully yours,

Sadie Zea Ishee
Senior Staff Attorney

cc: Edward J. Curtis (Fax: 212-416-6075)

★SO ORDERED

GERARD E. LYNCH, U.S.D.J.
6/5/07