UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:
MENTAL HYGIENE LEGAL SERVICE,              :
:
Plaintiff,          :
:
-v.-                  :
:
ELIOT SPITZER, in his official capacity as    :     Docket No. 07-CV-2935 (GEL)
Governor of the State of New York,             :
ANDREW CUOMO, in his official capacity as :
Attorney General of the State of New York,    :     MOTION TO ADMIT COUNSEL
MICHAEL HOGAN, in his official capacity     :     PRO HAC VICE
as Commissioner of the New York State Office :
of Mental Health, DIANA JONES RITTER, in her :
official capacity as Commissioner of the New York :
State Office of Mental Retardation and           :
Developmental Disabilities, and BRIAN FISCHER, :
in his official capacity as Commissioner of the New :
York State Department of Correctional Services, :
:
Defendants.      :
:
-----------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts

of the Southern and Easter Districts of New York, I, Sadie Zea Ishee, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission

pro hac vice of

    Hollie S. Levine
    Mental Hygiene Legal Service, Third Dept.
    44 Hawley Street, 16th floor
    Binghamton, New York 13901
    607-721-8440 (phone)
    607-721-8447 (fax)

HOLLIE S. LEVINE is a member in good standing of the Bar of the State of New York.

There are no pending disciplinary proceedings against HOLLIE S. LEVINE in any State or Federal court.

Dated:   July 17, 2007
         New York, N.Y.

                                    Respectfully submitted,

                                    Sadie Zea Ishee (SI-9540)
                                    Mental Hygiene Legal Service, First Dept.
                                    41 Madison Avenue, 26th Floor
                                    New York, New York   10010
                                    Phone: (212) 779-1734

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                      :

MENTAL HYGIENE LEGAL SERVICE,          :

            Plaintiff,                      :

        -v.-                            :

ELIOT SPITZER, in his official capacity as      :    Docket No. 07-CV-2935 (GEL)
Governor of the State of New York,              :
ANDREW CUOMO, in his official capacity as  :    AFFIDAVIT IN SUPPORT OF
Attorney General of the State of New York,    :    MOTION TO ADMIT COUNSEL
MICHAEL HOGAN, in his official capacity   :    PRO HAC VICE
as Commissioner of the New York State Office :
of Mental Health, DIANA JONES RITTER, in her :
official capacity as Commissioner of the New York :
State Office of Mental Retardation and            :
Developmental Disabilities, and BRIAN FISCHER, :
in his official capacity as Commissioner of the New :
York State Department of Correctional Services,  :

            Defendants.                   :

------------------------------------------------------------X

State of New York  )
                     )      ss:
County of New York )

Sadie Zea Ishee, being duly sworn, hereby deposes and says as follows:

1.    I am a staff attorney with Mental Hygiene Legal Service, First Dept., Marvin Bernstein, Director, counsel for the plaintiff in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Hollie S. Levine as counsel pro hac vice.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  Ms. Levine is an Associate Attorney with the Mental Hygiene Legal Service (MHLS), Third Department. She has been employed by MHLS since 2000. She was admitted to the practice of law in New York State, Third Department, in January of 1986. She was admitted to the United States District Court for the Northern District of New York in 1990.

4.  Ms. Levine has a reputation as a skilled attorney and a person of integrity. She has experience in Federal practice and is familiar with the Federal Rules of Procedure.

5.  I have worked with Ms. Levine closely in preparing for her representation in this matter.

6.  Accordingly, I am pleased to move the admission of Hollie S. Levine, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Hollie S. Levine, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Hollie S. Levine, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:    July 17, 2007
          New York, New York

Notarized: *Kay A. Nurse*

Respectfully submitted,

*[signature]*

Sadie Zea Ishee (SI-9540)

KAY A. NURSE
Notary Public, State of New York
No. 01NU6039030
Qualified in Kings County
Commission Expires Marc 20, 2010



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Hollie Sue Levine

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **28th day of January, 1986**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **13th day of July, 2007**.



_____
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:
MENTAL HYGIENE LEGAL SERVICE,            :
:
Plaintiff,            :
:
-v.-                    :
:
ELIOT SPITZER, in his official capacity as        : Docket No. 07-CV-2935 (GEL)
Governor of the State of New York,            :
ANDREW CUOMO, in his official capacity as    : ORDER FOR ADMISSION
Attorney General of the State of New York,    : PRO HAC VICE
MICHAEL HOGAN, in his official capacity        : ON WRITTEN MOTION
as Commissioner of the New York State Office    :
of Mental Health, DIANA JONES RITTER, in her :
official capacity as Commissioner of the New York :
State Office of Mental Retardation and            :
Developmental Disabilities, and BRIAN FISCHER, :
in his official capacity as Commissioner of the New :
York State Department of Correctional Services,    :
:
Defendants.            :
:
-----------------------------------------------------------X

Upon the motion of Sadie Zea Ishee attorney for Mental Hygiene Legal Service and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Hollie S. Levine
> Mental Hygiene Legal Service, Third Dept.
> 44 Hawley St., 16th floor
> Binghamton, NY, 13901
> (607) 721-8440 (tel)/ (607)721-8447(fax)
> hlevine@courts.state.ny.us

is admitted to practice pro hoc vice in the above-captioned case in the United States
District Court for the Southern District of New York. All Attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated:

    New York, New York

                                              _____

                                              United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
The State of New York on relation of
STEPHEN J. HARKAVY on behalf of
JOHN DOES 1 THROUGH 12,

    Petitioner-Respondents-Cross-Appellants,        **AFFIDAVIT OF SERVICE**

    -v.-        Index No. 403590/05

EILEEN CONSILVIO, Executive Director,
Manhattan Psychiatric Center and
Kirby Forensic Psychiatric Center,

    Respondent-Appellant-Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK    ss:

    I, Michael Ramirez being sworn, say: I am not a party to the action, am over 18 years of age and reside in, New York, New York. On July 17, 2007 I served the within Motion to Admit Counsel Pro Hac Vice by delivering a true copy personally to the person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party herein.

    EDWARD J. CURTIS, ESQ.
    Assistant Attorney General of the Counsel
    Office of the Attorney General State of New York
    120 Broadway
    New York, NY 10271

Sworn to before me on 7/17 2007

_____
Michael Ramirez

KAY A. NURSE
Notary Public, State of New York
No. 01NU6039030
Qualified in Kings County
Commission Expires Marc 20, 20__