UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MENTAL HYGIENE LEGAL SERVICE,

        Plaintiff,

-v.-

ELIOT SPITZER, in his official capacity as
Governor of the State of New York,
ANDREW CUOMO, in his official capacity as
Attorney General of the State of New York,
MICHAEL HOGAN, in his official capacity
as Commissioner of the New York State Office
of Mental Health, DIANA JONES RITTER, in her
official capacity as Commissioner of the New York
State Office of Mental Retardation and
Developmental Disabilities, and BRIAN FISCHER,
in his official capacity as Commissioner of the New
York State Department of Correctional Services,

        Defendants.
------------------------------------------------------------X

Docket No. 07-CV-2935 (GEL)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/31/07]

Upon the motion of Sadie Zea Ishee attorney for Mental Hygiene Legal Service and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Hollie S. Levine
>Mental Hygiene Legal Service, Third Dept.
>44 Hawley St., 16th floor
>Binghamton, NY, 13901
>(607) 721-8440 (tel)/ (607)721-8447(fax)
>hlevine@courts.state.ny.us

is admitted to practice pro hoc vice in the above-captioned case in the United States
District Court for the Southern District of New York. All Attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: July 30, 2007
New York, New York

_____
United States District/Magistrate Judge