UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
MENTAL HYGIENE LEGAL SERVICE,    :
:
        Plaintiff,    :
and SHAWN S.,    :
        Intervening Plaintiff,    :
:
    -v.-    :
:
ELIOT SPITZER, in his official capacity as    :  Docket No. 07-CV-2935 (GEL)
Governor of the State of New York,    :
ANDREW CUOMO, in his official capacity as    :
Attorney General of the State of New York,    :
MICHAEL HOGAN, in his official capacity    :  MOTION TO PROCEED
 as Commissioner of the New York State Office    :  ANONYMOUSLY
of Mental Health, DIANA JONES RITTER, in her    :
official capacity as Commissioner of the New York    :
State Office of Mental Retardation and    :
Developmental Disabilities, and BRIAN FISCHER,    :
in his official capacity as Commissioner of the New    :
York State Department of Correctional Services,    :
:
        Defendants.    :
:
------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the proposed complaint dated August 8, 2007, the affidavit of Hollie Levine, Esq. dated August 8, 2007, and the accompanying memorandum of law, the undersigned will move this Court, on a date to be determined by this Court, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for an order permitting Plaintiff-Intervenor Shawn S. to proceed anonymously in this matter.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering memoranda, if any, shall be served by August 27, 2007.

Dated: August 8, 2007
      Binghamton, NY

                                SHEILA E. SHEA, Director
                                Mental Hygiene Legal Service, Third Dept.

                                _____S/_____
                                By: HOLLIE S. LEVINE
                                Associate Attorney
                                44 Hawley St.
                                Binghamton, NY    13901
                                (607) 721-8440


To:    ELIOT SPITZER
        Attorney General of the State
            of New York
        (Edward Curtis, Jr., of Counsel)
        120 Broadway, 25th Floor
        New York, New York 10271
        (212) 416-8641