UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

MENTAL HYGIENE LEGAL SERVICE,        :

          Plaintiff,         :
and SHAWN S.,
          Intervening Plaintiff,   :

        -v.-          :

ELIOT SPITZER, in his official capacity as  :    Docket No. 07-CV-2935 (GEL)
Governor of the State of New York,       :
ANDREW CUOMO, in his official capacity as :
Attorney General of the State of New York,   :    NOTICE OF ATTACHMENT
MICHAEL HOGAN, in his official capacity   :
 as Commissioner of the New York State Office :
of Mental Health, DIANA JONES RITTER, in her :
official capacity as Commissioner of the New York :
State Office of Mental Retardation and          :
Developmental Disabilities, and BRIAN FISCHER, :
in his official capacity as Commissioner of the New :
York State Department of Correctional Services,   :

          Defendants.         :
                                                 :
------------------------------------------------------------X

To:    Sadie Zea Ishee
        Dennis B. Feld
        <u>Attorneys for Plaintiff</u>
        41 Madison Ave., 26th Fl.
        New York, New York 10010

        Edward Curtis, Assistant Attorney General
        <u>Attorney for Defendants</u>
        120 Broadway
        New York, New York 10271


        PLEASE TAKE NOTICE that the annexed attachment is to the motion for intervention previously filed with the Court on August 8, 2007.

Dated:  August 10, 2007

                              SHEILA E. SHEA, Director
                              Mental Hygiene Legal Service, Third Department
                              Attorneys for Shawn S.

                                              S/
                            _____
                            By:    Hollie S.Levine
                                    Associate MHLS Attorney
                                    44 Hawley St., 16th floor
                                    Binghamton, New York  13901
                                    (607) 721-8440