UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MENTAL HYGIENE LEGAL SERVICE,

        Plaintiff,

  -and-

SHAWN S.,

    Proposed Plaintiff-Intervenor,

  -against-

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York state Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York state Department of Correctional Services,

        Defendants.

---

VERIFICATION
Docket Number
07-CV-2935 (GEL)
(THK)

HOLLIE S. LEVINE states under penalty of perjury that the following is true and correct:

1.    I am an Associate Attorney with the Mental Hygiene Legal Service, Third Judicial Department, Sheila E. Shea, Director, counsel for the proposed Plaintiff-Intervenor.

2.    I am making this statement to complete the record set forth by Assistant Attorney General Geoffrey B. Rossi in his Statement submitted in opposition to the motions of proposed Plaintiff-Intervenor Shawn S.

3.    On August 15, 2007, the Honorable Elizabeth Garry, JSC, signed an order permitting Charles Patrick Ewing, Ph.D. to conduct an evaluation of Shawn S.; to testify in the

pending Article Ten proceeding and to report his findings in writing to counsel for the respondent, to the Attorney General, and to the Court.

    4.    Dr. Ewing will be conducting an examination of Shawn S. on September 6, 2007.

Dated: Binghamton, New York
       September 5, 2007

SHEILA E. SHEA, ESQ., DIRECTOR
Mental Hygiene Legal Service
Third Judicial Department
Attorneys for Shawn S.

s/ _____

By:
Hollie S. Levine
MHLS Associate Attorney
44 Hawley Street - 16th Floor
Binghamton, New York 13901
(607) 721-8440

F:\SHARE\HLevine\short\VERIFICATION.wpd