UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MENTAL HYGIENE LEGAL SERVICE,

      Plaintiff,   : 07 Civ. 2935 (GEL)

-v-           : ORDER

ELIOT SPITZER, ANDREW CUOMO, MICHAEL
HOGAN, DIANA JONES RITTER, and BRIAN
FISHER,

      Defendants.
------------------------------------------------------------x



GERARD E. LYNCH, District Judge:

  On August 8, 2008, Shawn S., through his attorneys, filed a motion to intervene as plaintiff in the above referenced matter, for a temporary restraining order, and to join in plaintiff's pending motions for preliminary relief. (doc. #21.) By separate motion, Shawn S. also moved for permission to proceed anonymously. (doc. #22.)

  For the reasons stated in open court on September 14, 2007, it is hereby ordered that:

1. Shawn S.'s motion to intervene is granted,

2. Shawn S.'s motion for a temporary restraining order is denied,

3. Shawn S.'s motion to join plaintiff's pending motions is granted,

4. Shawn S.'s motion to proceed anonymously is denied.

SO ORDERED.

Dated: New York, New York
    September 18, 2007

                  _____
                  GERARD E. LYNCH
                  United States District Court