LYN14S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MENTAL HYGIENE LEGAL SERVICE,

    Plaintiff,

- and -

SHAWN SHORT,

    Plaintiff-Intervenor,

- against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

    Defendants.

**STIPULATION**

07-CV-2935 (GEL)

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for Plaintiff-Intervenor and Defendants herein, that the time to answer, move, or otherwise respond to the Complaint of

Intervenor is extended up to and including October 30, 2007, for Defendants ANDREW CUOMO and MICHAEL HOGAN, and up to and including November 8, 2007, for Defendants ELIOT SPITZER, DIANA JONES RITTER, and BRIAN FISCHER.

Dated: New York, New York
       October 25, 2007

| | |
|---|---|
| SHEILA SHEA<br>Director, Mental Hygiene<br> Legal Service, Third<br>Department<br>Attorney for Plaintiff-<br>Intervenor<br>By:<br><br>HOLLIE S. LEVINE<br>44 Hawley Street, 16th<br> Floor<br>Binghamton, New York 13901<br>(607) 721-8440 | ANDREW M. CUOMO<br>Attorney General of the<br> State of New York<br>Attorney for Defendants<br>By:<br><br>EDWARD J. CURTIS, JR.<br>Assistant Attorney General<br>120 Broadway, 24th Floor<br>New York, New York 10271<br>(212) 416-8641 |

SO ORDERED

_____
U. S. D. J.
10/26/07

2