UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MENTAL HYGIENE LEGAL SERVICE,

                Plaintiff,

    - and -

SHAWN SHORT,

                Plaintiff-Intervenor,

    - against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

                Defendants.

**ANSWER TO COMPLAINT OF INTERVENOR**

07-CV-2935 (GEL)

---

        Defendants ANDREW CUOMO, <u>pro se</u>, and MICHAEL HOGAN, by his attorney, ANDREW M. CUOMO, Attorney General of the State of New York, as and for their Answer to the Complaint of Intervenor filed October 5, 2007, in this action hereby allege as follows:

        1. Admit "3", "6", "7", "11", "17", and "20".

        2. Deny "8", "25", and "38".

        3. Deny knowledge or information sufficient to form a belief as to "2", "28", and "33".

4. Deny "1", "13", "14", "15", "16", "18", "19", "21", "27", "29", "30", "31", "32", "34", "36," "37", "39", "40", and "41," and refer this Court to the authorities Plaintiff purports to recite for their correct context and meaning.

5. Deny "4" except admit that Plaintiff was on parole in the community for over one year and refer this Court to the provisions Plaintiff purports to recite for their correct context and meaning.

6. Deny "5" except admit that ANDREW M. CUOMO is the Attorney General of the State of New York and that MICHAEL HOGAN is the Commissioner of the New York State Office of Mental Health ("Commissioner" or "OMH").

7. Deny "9" except admit that Plaintiff worked at Dairy-Air Dairy Farm and Harvard Manufacturing.

8. Deny "10" except admit that Plaintiff was required to seek approval from his parole officer of relationships, that approval of a relationship with Amanda Milazzo was denied pending review, that the relationship was approved in 2007, and that Plaintiff and Ms. Milazzo resided together in a trailer located in Candor, New York.

9. Deny "12" except admit that Plaintiff was to be released from parole but that his supervision was continued pending a Mental Hygiene Law Article 10 probable cause hearing,

and otherwise refer this Court to the authorities Plaintiff purports to recite for their correct context and meaning.

10. Deny "22" but admit that the Case Review Team ("CRT") found that Plaintiff was a sex offender requiring civil management and otherwise refer this Court to the authorities Plaintiff purports to recite for their correct context and meaning.

11. Deny "23" but admit that on June 8, 2007, Defendant CUOMO filed a Sex Offender Civil Management Petition with the Supreme Court of the State of New York for the County of Tioga alleging that Plaintiff was a sex offender requiring civil management and refer this Court to the authorities Plaintiff purports to recite for their correct context and meaning.

12. Deny "24" but admit that the psychiatric examiner's report was appended as an exhibit to the Sex Offender Civil Management Petition.

13. Deny "26" but admit that Assistant Attorney General Geoffrey Rossi mentioned to Plaintiff's counsel that a regimen of strict and intensive supervision ("SIST") was a possible disposition of the Sex Offender Civil Management Petition.

14. In response to "35", repeat and reallege the responses made to the relevant paragraphs.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:**

15. The Complaint fails to state a cause of action.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:**

16. The issues of whether there is probable cause to believe Respondent is a sex offender requiring civil management, or whether Respondent can safely be maintained on parole in the community, are the subject of proceedings in State court and the State Division of Parole.

17. This Court should abstain from deciding issues pending in State court or before the State Division of Parole.

Dated: New York, New York
      October 30, 2007

                            ANDREW M. CUOMO
                            Attorney General of the State
                             of New York
                            <u>Attorney for Defendants</u>
                            By:

                            _____
                            EDWARD J. CURTIS, JR.
                            Assistant Attorney General
                            120 Broadway, 24th Floor
                            New York, New York 10271
                            Tel. (212) 416-8641
                            Fac. (212) 416-6075

TO:

| | |
|---|---|
| SHEILA E. SHEA<br>Director, Mental Hygiene Legal<br> Service for the Third<br> Judicial Department (HOLLIE<br> S. LEVINE, of Counsel)<br><u>Attorney for Plaintiff-</u><br> <u>Intervenor</u><br>State Office Building<br>44 Hawley Street, Room 1602<br>Binghamton, New York 13901-<br> 4435<br>Tel. (607) 721-8440<br>Fac. (607) 721-8447 | MARVIN BERNSTEIN<br>Director, Mental Hygiene Legal<br> Service for the First<br> Judicial Department<br> (SADIE ZEA ISHEE, of Counsel)<br><u>Attorney for Plaintiff</u><br>41 Madison Avenue, 26th Floor<br>New York, New York 10010<br> Tel. (212) 779-1734<br> Fac. (212) 779-7899 |
| SIDNEY HIRSCHFELD<br>Director, Mental Hygiene Legal<br> Service for the Second<br> Judicial Department<br> (DENNIS B. FELD, of Counsel)<br><u>Attorney for Plaintiff</u><br>170 Old Country Road, Suite<br> 500<br>Mineola, New York 11501<br> Tel. (516) 746-4373<br> Fac. (516) 746-4372 | |

Docket Number 07-CV-2935 (GEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MENTAL HYGIENE LEGAL SERVICE,

                        Plaintiff,

- and -

SHAWN SHORT,

                        Plaintiff-Intervenor,

- against -

ELIOT SPITZER, et al.,

                        Defendants.

---

**ANSWER TO COMPLAINT OF INTERVENOR**

---

ANDREW M. CUOMO
Attorney General of the State of
New York

*ATTORNEY FOR DEFENDANTS*
**BY:** EDWARD J. CURTIS, JR.
Assistant Attorney General
120 Broadway, 24TH Floor
New York, New York 10271
(212) 416 - 8641

*Personal Service of a copy of the within is admitted this*

_____ day of _____ 2007