FILE COPY

RECEIVED
DEC 11 2007
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MENTAL HYGIENE LEGAL SERVICE and SHAWN SHORT

    Plaintiffs,

- against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

    Defendants.

**DEFENDANTS' NOTICE OF APPEAL**

Docket Number

07-CV-2935 (GEL) (THK)

---

    Defendants ELIOT SPITZER, ANDREW CUOMO, MICHAEL HOGAN, DIANA JONES RITTER and BRIAN FISCHER, hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Preliminary Injunction and Order filed on December 10, 2007.

Dated:    New York, New York
           December 11, 2007

                        ANDREW M. CUOMO
                        Attorney General of the State of New York
                        Attorney for Defendants
                        By:

                        *Edward Curtis* (signature)
                        EDWARD J. CURTIS, JR.
                        Assistant Attorney General
                        120 Broadway, 24th Floor
                        New York, New York 10271
                        Tel. No. (212) 416-8641

TO:

MARVIN BERNSTEIN
Director, Mental Hygiene Legal
 Service for the First
 Judicial Department
 (SADIE ZEA ISHEE, of Counsel)
<u>Attorney for Plaintiff</u>
41 Madison Avenue, 26th Floor
New York, New York 10010
Tel. (212) 779-1734
Fac. (212) 779-7899

SIDNEY HIRSCHFELD
Director, Mental Hygiene Legal
 Service for the Second
 Judicial Department
 (DENNIS B. FELD, of Counsel)
<u>Attorney for Plaintiff</u>
170 Old Country Road, Suite 500
Mineola, New York 11501
Tel. (516) 746-4373
Fac. (516) 746-4372

SHEILA E. SHEA
Director, Mental Hygiene Legal
 Service for the Third
 Judicial Department (HOLLIE
 S. LEVINE, of Counsel)
<u>Attorney for Plaintiff-
 Intervenor</u>
State Office Building
44 Hawley Street, Room 1602
Binghamton, New York 13901-4435
Tel. (607) 721-8440
Fac. (607) 721-8447