```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MENTAL HYGIENE LEGAL SERVICE and SHAWN SHORT,<br><br>        Plaintiff,<br><br>  - against -<br><br>ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,<br><br>        Defendants. | **ANSWER**<br><br>07-CV-2935 (GEL) |

  Defendants by their attorney, ANDREW M. CUOMO, Attorney General of the State of New York, as and for their Answer to the Complaint filed April 12, 2007, in this action allege as follows:

  1. Admit "41", "42", "44", "45", "47", "48", "50", "51", and "53".

  2. Deny "40", "56", "57", "59", "60", "64", "65", "69", "72", "73", "80", "83", "84", and "87".

  3. Deny knowledge or information sufficient to form a belief as to "2" and "3".

4. Deny "1", "4", "5", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "43", "46", "49", "52", "55", "59", "62", "63", "67", "68", "71", "75", "76", "78", "79", "82", and "85", and refer this Court to the authorities Plaintiff purports to recite for their correct context and meaning.

5. In response to "54", "58", "61", "66", "70", "74", "77", "81", and "86" repeat and reallege the responses made to the relevant paragraphs.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:**

6. The Complaint fails to state claims on which relief may be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:**

7. This Court lacks subject matter jurisdiction based on abstention doctrines and/or should decline to exercise subject matter jurisdiction based on abstention doctrines and should allow the claims and issues asserted by Plaintiffs to be decided by New York State courts.

WHEREFORE, Defendants request that the court deny the relief requested by plaintiffs, dismiss the Complaint, award to Defendants such costs and attorney fees as may be allowed by law,

and grant such further relief as may be necessary or reasonable.

Dated: New York, New York
       December 17, 2007

                                        ANDREW M. CUOMO
                                        Attorney General of the State
                                         of New York
                                        <u>Attorney for Defendants</u>
                                        By:

                                        _____
                                        EDWARD J. CURTIS, JR.
                                        Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York 10271
                                        Tel. (212) 416-8641
                                        Fac. (212) 416-6075

TO:

| MARVIN BERNSTEIN | SIDNEY HIRSCHFELD |
|---|---|
| Director, Mental Hygiene Legal Service for the First Judicial Department (SADIE ZEA ISHEE, of Counsel) | Director, Mental Hygiene Legal Service for the Second Judicial Department (DENNIS B. FELD, of Counsel) |
| <u>Attorney for Plaintiff</u> | <u>Attorney for Plaintiff</u> |
| 41 Madison Avenue, 26th Floor | 170 Old Country Road, Suite 500 |
| New York, New York 10010 | Mineola, New York 11501 |
| Tel. (212) 779-1734 | Tel. (516) 746-4373 |
| Fac. (212) 779-7899 | Fac. (516) 746-4372 |

SHEILA E. SHEA
Director, Mental Hygiene Legal
 Service for the Third
 Judicial Department (HOLLIE
 S. LEVINE, of Counsel)
<u>Attorney for Plaintiff-
 Intervenor</u>
State Office Building
44 Hawley Street, Room 1602
Binghamton, New York 13901-
 4435
Tel. (607) 721-8440
Fac. (607) 721-8447

Docket Number 07-CV-2935 (GEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MENTAL HYGIENE LEGAL SERVICE and SHAWN SHORT,

                        Plaintiffs,

- against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

                        Defendants.

**ANSWER**

ANDREW M. CUOMO
Attorney General of the State of
New York

*ATTORNEY FOR DEFENDANTS*
**BY:** EDWARD J. CURTIS, JR.
Assistant Attorney General
120 Broadway, 24TH Floor
New York, New York 10271
(212) 416 - 8641

*Personal Service of a copy of the within is admitted this*

_____ day of _____ 2007