DEC-04-2007 16:04    NYLS FIRST JUDICIAL DEPT.    212 779 1934    P.22

Lynch, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MENTAL HYGIENE LEGAL SERVICE and SHAWN SHORT,

    Plaintiffs,

- against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

    Defendants.

STIPULATION

07-CV-2935 (GEL)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for Plaintiff and Defendants herein, that Defendants' time to answer or otherwise respond to the Complaint is extended up to and including December 17, 2007.

Dated: New York, New York
       December 4, 2007

MARVIN BERNSTEIN
Director, Mental Hygiene Legal Service, First Department
Attorney for Plaintiff
By: _____
SADIE ZEA ISHEE
41 Madison Avenue, 26th Floor
New York, New York 10010
(212) 779-1734

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendants
By: _____
EDWARD J. CURTIS, JR.
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8641

SO ORDERED
_____
U. S. D. J.
12/6/07