UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MENTAL HYGIENE LEGAL SERVICE,

                Plaintiff,

- against -

ELIOT SPITZER, in his official capacity as Governor of the State of New York, ANDREW CUOMO, in his official capacity as Attorney General of the State of New York, MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office of Mental Health, DIANA JONES RITTER, in her official capacity as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, and BRIAN FISCHER, in his official capacity as Commissioner of the New York State Department of Correctional Services,

                Defendants.

Docket Number 07-CV-2935 (GEL) (AJP)

---

NOTICE OF DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS PURSUANT TO FRCP 12(c)

TO:

| | |
|---|---|
| MARVIN BERNSTEIN<br>Director, Mental Hygiene Legal Service for the First Judicial Department<br>(SADIE ZEA ISHEE, Of Counsel)<br>41 Madison Avenue, 26th floor<br>New York, NY 10010<br>Tel: 212-779-1734<br>Fax: 212-779-7899 | SIDNEY HIRSCHFELD<br>Director, Mental Hygiene Legal Services for the Second Judicial Department<br>(DENNIS FELD, Of Counsel)<br>170 Old Country Road, Suite 500<br>Mineola, NY 11501<br>Tel: 516-746-4373<br>Fax: 516-746-4372 |

SHEILA E. SHEA
Director, Mental Hygiene Legal Service for
the Third Judicial Department
(HOLLIE S. LEVINE, Of Counsel)
44 Hawley Street, 16th floor
Binghamton, NY 13901
Tel: 607-721-8440

PLEASE TAKE NOTICE that defendants ELIOT SPITZER, Governor of New York State, and BRIAN FISCHER, Commissioner of the New York State Department of Correctional Services, will move before this Court, before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting judgment on the pleadings in favor of Defendants Spitzer and Fischer, together with costs, disbursements, attorneys' fees, and such other and further relief as the Court may deem just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE that in support of their motion, Defendants Spitzer and Fischer shall rely upon the accompanying Defendants' Memorandum of Law in Support of Motion for Judgment on the Pleadings in Favor of Defendants' Fischer and Spitzer, dated January 8, 2008, the Complaint, the Answer, and all prior papers and proceedings herein.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern District of New York and the Eastern District of New York and to the individual practices of the Honorable Gerard E. Lynch, United States District Judge (which require that two courtesy copies of all motion papers should be submitted to chambers at the time that reply papers, if any, are served), three copies of Plaintiff's answering

papers, if any, should be served upon the undersigned no later than January 22, 2008, and Defendants' reply papers, if any, will be served upon counsel for Plaintiff no later than January 29, 2008.

Dated: New York, New York
January 8, 2008

        ANDREW M. CUOMO
        Attorney General of the State of New York
        *Attorney for Defendants*

By:   /s/ Joshua Pepper
      JOSHUA PEPPER
      Assistant Attorney General
      120 Broadway, 24th floor
      New York, New York 10271
      Tel: 212-416-8567
      Fax: 212-416-6075