THE HON. JUDGE   RY   Fax:6073371722   Ap  9 2008 11:21   P.02

At a Term of the Supreme Court, State of New York, held in and for the County of Schuyler, on the 17th day of March, 2008 at the Courthouse in Watkins Glen, New York.

PRESENT:   HON. ELIZABETH A. GARRY
               Supreme Court Justice

STATE OF NEW YORK
SUPREME COURT : COUNTY OF SCHUYLER

THE PEOPLE OF
STATE OF NEW YORK,

                Petitioner,

-against-

SHAWN SHORT,
an individual under the supervision of
New York State Division of Parole,

                Respondent,

for Commitment Under Article 10
of the Mental Hygiene Law.

**CONFINEMENT ORDER**

Index No. 2007-0341
RJI No. 2007-0134

    A trial having been held, starting March 17, 2008, in the Supreme Court, County of Schuyler, in the above-captioned matter, Justice Elizabeth A. Garry, Presiding, and the jury having rendered a verdict on March 21, 2008 finding that there is clear and convincing evidence that Respondent, Shawn Short, suffers from a mental abnormality as that term is defined under Mental Hygiene Law Article 10.03(i) and having found sufficient grounds to believe that SHAWN SHORT has violated the conditions of the interim order signed by this Court on March 31, 2008; to wit;  SHAWN SHORT having been arrested on April 8, 2008 by the New York State Police and charged with Criminal Contempt in the Second Degree, a Class A misdemeanor, in violation of Penal Law §215.50(3); it is hereby,

    **ORDERED** that, pending resolution of this matter by the Court pursuant to Mental Hygiene Law Article 10.07(f), New York State is hereby authorized to confine SHAWN

OAG 02506

SHORT, in the Tioga County Jail pending the outcome of a disposition hearing, to be held on April 28, 2008, commencing at 10:00 a.m., at the Schuyler County Courthouse pursuant to Mental Hygiene Law Article 10;

**ORDERED** that Gary Howard, Sheriff of Tioga County, shall produce SHAWN SHORT, on April 28, 2008 at 10:00 a.m. at the Schuyler County Courthouse in Watkins Glen, New York for the return of the disposition hearing pursuant to Mental Hygiene Law Article 10.

DATED:   Norwich, New York
         April _9_, 2008

                                    _____
                                    HON. ELIZABETH A. GARRY
                                    Justice of the Supreme Court

OAG 02506 A