JUL-29-2008 19:04                                                              P.02

*Lynch, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MENTAL HYGIENE LEGAL SERVICE,

                Plaintiff,

and SHAWN SHORT,

                Intervening Plaintiff,

        -v.-

ELIOT SPITZER, in his official capacity as
Governor of the State of New York,
ANDREW CUOMO, in his official capacity as
Attorney General of the State of New York,
MICHAEL HOGAN, in his official capacity
as Commissioner of the New York State Office
of Mental Health, DIANA JONES RITTER, in her
official capacity as Commissioner of the New York
State Office of Mental Retardation and
Developmental Disabilities, and BRIAN FISCHER,
in his official capacity as Commissioner of the New
York State Department of Correctional Services,

                Defendants.

----------------------------------------X

Docket No. 07-CV-2935 (GEL)

STIPULATION

DATE FILED: 7/31/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for Plaintiff-Intervenor and Defendants herein, that the time to respond to the Motion to Dismiss Complaint is extended up to and including August 8, 2008.

Dated: Binghamton, New York
       July 29, 2008

SHEILA E. SHEA
Director, Mental Hygiene Legal Service
Third Department
Attorney for Plaintiff-Intervenor
By: _____
HOLLIE S. LEVINE
44 Hawley Street, 16th floor
Binghamton, New York 13901
(607) 721-8440

So ordered:

New York, New York
July 29, 2008

ANDREW M. CUOMO
Attorney General of the
State of New York
Attorney for Defendants
By: _____
JOSHUA PEPPER
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8641

_____
U.S.D.J.
7/31/08

TOTAL P.02